UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLAS SERVICES, LLC,

                                Case No.: 2:22-cv-673-JLB-KCD

      Plaintiff,

v.

NAPLES JET CENTER HOLDINGS,
LLC

      Defendant.

_____/

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff, NICHOLAS SERVICES, LLC, and Defendant, NAPLES JET CENTER HOLDINGS, LLC, by and through their undersigned counsel, hereby provides the Court notice that this action has been settled and upon completion of the settlement terms and conditions, the parties will submit a joint notice of voluntary dismissal with prejudice, with each party to bear its own attorney's fees and costs.

| **FORMAN WATSON & KRUTZ, LLP** | **CLYDE & CO US LLP** |
|---|---|
| Counsel for Plaintiff | Counsel for Defendant |
| 210 E. Capitol Street, Suite 2200 | 1221 Brickell Avenue, Suite 1600 |
| Jackson, MS  39225 | Miami, FL 33131 |
| Tel: 601-974-8713; Fax: 601-960-8613 | Tel: 305-446-2646; Fax: 305-441-2374 |
| By:__/s/ *James L. Banks, IV*_____ | By __/s/ *David A. Wagner*_____ |
| **JAMES L. BANKS, IV, ESQ.** | **DAVID A. WAGNER, ESQ.** |
| Fla. Bar No.: 1035232 | Fla. Bar No.: 102611 |
| Email: jake.banks@formanwatkins.com | Email: david.wagner@clydeco.us |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on June 2, 2023, undersigned counsel electronically filed the foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to: David A. Wagner (david.wagner@clydeco.us), **CLYDE & CO US LLP**, Attorneys for Defendant, 1221 Brickell Avenue, Suite 1600, Miami, Florida 3313139225.

BY:     /s/ *James L. Banks, IV*
        James L. Banks, IV (FL Bar #1035232)
        FORMAN WATKINS & KRUTZ LLP
        210 East Capitol St., Suite 200
        Jackson, MS 39201
        Post Office Box 22608
        Jackson, MS 39225-2608
        Telephone: (601) 974-8713
        Facsimile: (601) 960-8613
        Jake.Banks@formanwatkins.com

        Counsel for Nicholas Services, LLC,
        d/b/a Nicholas Air